# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

LARRY REYNOLDS,

    Plaintiff,

v.

RETIREMENT HOUSING FOUNDATION, DES MOINES RHF HOUSING, INC.; VIRGINIA PARK APARTMENTS; EMILY LKU; and BRENDA MCLEARN-MONTZ,

    Defendants.

CASE NO.

**NOTICE OF REMOVAL**

Defendants Retirement Housing Foundation; Des Moines RHF Housing, Inc.; Virginia Park Apartments; Emily LKU; and Brenda McLearn-Montz (hereinafter "Defendants") respectfully notify the Court that they have removed the above-referenced action from the Iowa District Court for Polk County, Case ID: LACL140158, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331 and 1441. In support of this removal, Defendants state as follows:

1. This action is being removed to Federal Court based upon federal question jurisdiction.

2. Plaintiff Larry Reynolds ("Plaintiff") filed the above-entitled civil action in the Iowa District Court for Polk County. The action is wholly civil in nature, and the United States District Court for the Southern District of Iowa, Central Division, has original jurisdiction under 28 U.S.C. § 1331 and the action may be removed by Defendants pursuant to 28 U.S.C. § 1441(a).

3. This Court has federal question jurisdiction over the action because

Plaintiff's Complaint seeks relief under the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.*, and the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.*

4. This Court has supplemental jurisdiction over Plaintiff's claims alleged under Iowa Code Chapter 216, Iowa Code Chapter 562A, and Iowa Code § 714.16[1] pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1446.

6. Attached as Exhibit "A" and incorporated by reference is a true and correct copy of the pleadings served upon Defendants and removed by this notice.

7. Attached as Exhibit "B" is a true and correct copy of the Notice of Filing of Notice of Removal which has been served with this document on all parties and filed with the Iowa District Court for Polk County, Iowa.

8. Defendants request trial of this matter in Des Moines, Iowa.

WHEREFORE, Defendants notify the Court of the removal of this action from the Iowa District Court for Polk County, Iowa, to the United States District Court for the Southern District of Iowa, Central Division.

---

[1] Defendants note that § 714.16 is a criminal code provision and that Plaintiff may not, as an individual, plead a violation of this provision.

Dated this 15th day of May, 2018.

       RETIREMENT HOUSING FOUNDATION, DES MOINES RHF HOUSING, INC.; VIRGINIA PARK APARTMENTS; EMILY LKU; and BRENDA MCLEARN-MONTZ, Defendants,

By: s/Scott P. Moore
   Scott Parrish Moore (IA# 15235)
of BAIRD HOLM LLP
   1700 Farnam St Ste. 1500
   Omaha, NE 68102-2068
   Phone: 402-344-0500
   Facsimile: 402-344-0588
   spmoore@bairdholm.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John Hardy
johnhardylegal@gmail.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

/s/Scott P. Moore

DOCS/2072872.1

